IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 15–cr–30024–MJR–1 |
| BILLY JOE MERCHANT, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM & ORDER ADOPTING REPORT & RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On May 28, 2015, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to the lone count on the indictment. That day, Judge Wilkerson also recommended that the undersigned accept the guilty plea, and notified the parties that any objection to his Report and Recommendation would be due on or before June 15, 2015.

That deadline has come and gone with no objection from either party. Accordingly, the Court **ADOPTS** in its entirety the Report & Recommendation (**Doc. 27**), **ACCEPTS** Defendant Merchant's guilty plea, and **ADJUDGES** Defendant Merchant guilty of the offense set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for September 24, 2015 at 1:30 p.m.

IT IS SO ORDERED.
DATE: **June 30, 2015**                    s/ *Michael J. Reagan*
                                           MICHAEL J. REAGAN
                                           **Chief Judge**
                                           **UNITED STATES DISTRICT COURT**